INCORPORATED VILLAGE OF LYNBROOK, Respondent, v. CARL OTTO and Another, Appellants.— Order denying motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Kapper, J., dissents.

JULIUS WATTMAN, Appellant, v. GUSSIE WATTMAN, Respondent.— Order reversed on the law and the facts and motion to punish for contempt denied. The record fails to show that the plaintiff, appellant, was served with an order to show cause upon which the injunction order was predicated. The record further shows that at the time the injunction order was served upon the appellant he had already obtained his decree of divorce in Nevada, and, therefore, did not violate the order restraining him from further proceeding with that divorce action. In view of this decision the appeals from the orders of January 3, 1934, July 17, 1933, and June 27, 1933, are dismissed. Young, Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., concurs in result, being of the opinion that appellant, when he procured a judgment of divorce in Nevada, did not know of the injunction in this action.

IDA WELZ and Another, as Executors, etc., of JOHN WELZ, Deceased, Respondents, v. ANTHONY KLEIN and Others, Defendants; OMNIS CORPORATION and ROBERT H. WILSON and Another, Receivers in Equity of LEHRENKRAUSS CORPORATION, Appellants.— Order setting aside deed delivered to appellant Omnis Corporation, directing that the referee deliver a deed to plaintiffs, and directing Omnis Corporation to account affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder and Davis, JJ., concur; Hagarty, J., dissents and votes to modify the order by directing that the plaintiffs be charged with the amount of taxes and such expenses and disbursements as they would have had to pay had they taken title originally from the referee.

JEAN CRIVELENTI, Respondent, and EDWARD CRIVELENTI, Plaintiff, v. OLGA ZELKOVSKY and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Petition of HELEN DUNNIGAN to Prove the Last Will and Testament of ANNIE CARNEY, Deceased. HELEN DUNNIGAN, Formerly Known as HELEN ROONEY, as Executrix, etc., of ANNIE CARNEY, Deceased, Appellant; OWEN CARNEY and THOMAS CARNEY, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLES NATIONAL BANK OF BROOKLYN IN NEW YORK, as Trustee in Bankruptcy of the Estate of VICTOR R. HESS, Bankrupt, Respondent, v. JOHN J. KUTCH, Appellant, and Others, Defendants.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.